1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar Number 8264
4
5  CHRISTIAN R. RUIZ
   Assistant United States Attorney
6  501 Las Vegas Blvd South, Suite 1100
   Las Vegas, Nevada, 89101
7  Telephone: (702) 388-5071
   Christian.Ruiz@usdoj.gov
8
   *Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Luis Yepez-Figueroa, | Case No. 2:25-cv-01287-APG-EJY |
| Plaintiff, | **Stipulation and Order for Retroactive Extension of Time for the United States of America to Respond to Plaintiff's Complaint (ECF No. 1)** |
| v. | |
| United States of America, | **FIRST REQUEST** |
| Defendant. | |

Plaintiff Luis Yepez-Figueroa, and Federal Defendant United States of America, through their respective undersigned counsel, hereby stipulate and jointly request that the court retroactively extend the due date for the Federal Defendants' response to the Complaint to and including **January 13, 2026**. This is the first request for an extension of time for the United States to respond to Plaintiff's complaint. This request for an extension is sought in good faith and not for purposes of undue delay.

Plaintiff filed his Complaint on July 15, 2025. On or about August 21, 2025, the United States of America received Plaintiff's complaint via certified mail postdated August 19, 2025. The United States' response was thus originally due by October 18, 2025. However, because of the federal lapse of appropriations lasting from October 1, 2025, to November 12, 2025, and pursuant to Judge Gordon's General Order 2025-07, this deadline was extended by 53 days to December 10, 2025. Unfortunately, because of an immense

workload of high priority habeas cases, as well as an internal case transfer when the previously assigned AUSA left the office, this deadline was overlooked.

Undersigned counsel for Plaintiff and the United States conferred regarding this case and the timing for a response, and Plaintiff has agreed to retroactively extend the deadline for the United States to respond to his complaint to January 13, 2026. Accordingly, the parties agree to and request that the Court grant an extension of the due date for the United States to respond, up to and including January 13, 2026.

Respectfully submitted this 23rd day of December 2025.

| | |
|---|---|
| CONFIDENCE LEGAL | SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/ Troy K. Flake<br>TROY K. FLAKE<br>Nevada Bar No. 16859<br>8905 S. Pecos Road, Suite 23B<br>Henderson, NV 89074<br>*Attorney for Plaintiff* | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT / MAGISTRATE JUDGE**

**DATED: December 23, 2025**