TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada, 89101
Telephone: (702) 388-5071
Christian.Ruiz@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Luis Yepez-Figueroa,<br><br>            Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>            Defendant. | Case No. 2:25-cv-01287-APG-EJY<br><br>**Stipulation and Order for Extension of Time for the United States of America to Respond to Plaintiff's Complaint (ECF No. 1)**<br><br>**SECOND REQUEST** |

Plaintiff Luis Yepez-Figueroa, and Federal Defendant United States of America, through their respective undersigned counsel, hereby stipulate and jointly request that the court extend the due date for the Federal Defendants' response to the Complaint to and including **February 13, 2026**. This is the second request for an extension of time for the United States to respond to Plaintiff's complaint. This request for an extension is sought in good faith and not for purposes of undue delay.

Plaintiff filed his Complaint on July 15, 2025. On or about August 21, 2025, the United States of America received Plaintiff's complaint via certified mail postdated August 19, 2025. The United States' response is currently due on January 13, 2026. ECF No. 10. The United States is currently engaged in collecting the underlying evidence, coordinating with agency counsel, and analyzing its position in this case. Additional time is also necessary to accommodate the recent holidays and the continued heavy workload of

habeas immigration matters. Accordingly, the United States needs additional time to complete its response to Plaintiff's complaint.

Undersigned counsel for Plaintiff and the United States conferred regarding this case and the timing for a response, and Plaintiff has agreed to extend the deadline for the United States to respond to his complaint to February 13, 2026. Accordingly, the parties agree to and request that the Court grant an extension of the due date for the United States to respond, up to and including February 13, 2026.

Respectfully submitted this 13th day of January 2026.

FLAKE & FLAKE

/s/ Troy K. Flake
TROY K. FLAKE
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:**   January 14, 2026_____

2