**JORDAN M. FLAKE, ESQ.**
Nevada Bar No. 10583
**TROY K. FLAKE, ESQ.**
Nevada Bar No. 16859
**FLAKE & FLAKE, ATTORNEYS AT LAW**
8905 S. Pecos Road, Ste. 23B
Henderson, NV 89074
(702) 818-1800
(702) 973-1999 (Fax)
jordan@flakeandflake.com
troy@flakeandflake.com
*Attorneys for Plaintiff*
*Luis Yepez-Figueroa*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Luis Yepez-Figueroa

Plaintiff,

vs.

United States of America

Defendant.

Case No. 2:25-cv-01287-APG-EJY

**JOINT INTERIM STATUS REPORT**

Plaintiff Luis Yepez-Figueroa and Defendant United States of America, by and through their respective counsel of record, submit this Joint Interim Status Report. The scheduling order sets September 14, 2026 as the deadline for the interim status report.

## I. DISCOVERY COMPLETED

- March 9, 2026 — The parties exchanged their initial disclosures under Fed. R. Civ. P. 26(a)(1).
- The parties have engaged in written discovery including Requests for Admission, Interrogatories, and Requests for Production.

• August 12, 2026 — Plaintiff served a Notice of Deposition of Rafik Nabil Mattar, setting his remote videotaped deposition for September 28, 2026.

## II. DISCOVERY REMAINING

• The deposition of Rafik Nabil Mattar, currently noticed for September 28, 2026, to proceed by remote means and to be recorded stenographically and by audiovisual means.

• Any disclosure of expert witnesses and rebuttal expert disclosures.

• Any additional depositions.

• Continuing supplementation of the parties' respective disclosures under Fed. R. Civ. P. 26(e), including supplemental medical and billing records.

## III. WHETHER THE CASE WILL BE READY FOR TRIAL; ESTIMATED LENGTH OF TRIAL

This is an action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671–2680. Pursuant to 28 U.S.C. § 2402, the action will be tried to the Court without a jury. The parties anticipate that the case will be ready for trial upon the expiration of the deadlines set in ECF No. 18, and presently estimate that trial will require approximately two to three court days.

## IV. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

The parties certify that they have met and conferred regarding the possibility of using alternative dispute-resolution processes, as contemplated by LR 26-1(b)(7). The parties have exchanged settlement communications both before and after the commencement of this action, and have not resolved the matter.

## V. CURRENT CASE DEADLINES

The following deadlines are currently in effect under ECF No. 18:

| **SCHEDULED EVENT** | **DEADLINE** |
|---|---|
| Initial Expert Disclosures | September 14, 2026 |
| Interim Status Report | September 14, 2026 |
| Rebuttal Expert Disclosures | October 13, 2026 |
| Discovery Cut-Off | November 11, 2026 |

| | |
|---|---|
| Dispositive Motions | December 14, 2026 |
| Proposed Joint Pretrial Order | January 11, 2027 |

The parties note that November 11, 2026, the discovery cut-off date reflected above, is a federal legal holiday. Consistent with the convention stated in the parties' Discovery Plan and Scheduling Order of adjusting dates falling on a Saturday, Sunday, or legal holiday to the next court day, the parties understand the operative discovery cut-off to be Thursday, November 12, 2026, and respectfully request that the Court confirm or correct that understanding.

**VI. AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**

The deadline to amend the pleadings and add parties expired on May 15, 2026. No party has sought or presently intends to seek leave to amend or to add parties.

DATED this 14th day of September, 2026.

**FLAKE & FLAKE, ATTORNEYS AT LAW**

*/s/ Troy K. Flake*
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
JORDAN M. FLAKE, ESQ.
Nevada Bar No. 10583
8905 S. Pecos Road, Ste. 23B
Henderson, NV 89074
Attorneys for Plaintiff

**SIGAL CHATTAH**
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused the foregoing JOINT INTERIM STATUS REPORT to be served on all counsel of record via the Court's CM/ECF system and by electronic mail pursuant to the parties' agreement and the Discovery Plan and Scheduling Order:

Tamer B. Botros, Esq.
Assistant United States Attorney
United States Attorney's Office, District of Nevada
tamer.botros@usdoj.gov
Attorneys for the United States of America

DATED this 14th day of September, 2026.

/s/ ____Troy K. Flake________
FLAKE & FLAKE, ATTORNEYS AT LAW